

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-15-00199-CR

Gabriel **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0420
Honorable Ron Rangel, Judge Presiding

## O R D E R

The court reporter's extension of time to file the reporter's record is GRANTED. Because Amy Hinds Alvarado has been given an extension of time of 75 days, **no further extension will be allowed.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court